UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIEL R. WADSWORTH and DANA L. WADSWORTH,**

      **Plaintiffs,**

v.                              Case No: 6:18-cv-1445-Orl-41DCI

**FEDERAL INSURANCE COMPANY,**

      **Defendant.**

                                    /

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Motion to Remand ("Motion," Doc. 9) and Defendant's Response to Order to Show Cause (Doc. 11). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 21) recommending that the Motion be denied as moot and that the case be remanded to state court due to Defendant's failure to sufficiently establish that this Court has subject matter jurisdiction over the case.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case Number 2017-CA-008184-O.

3. Plaintiffs' Motion to Remand (Doc. 9) is **DENIED as moot**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2019.



Copies furnished to:

Counsel of Record
Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida